IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELITA WIGGINS, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO.: 4:18-CV-03539 |
| | § | |
| LIBERTY MUTUAL FIRE | § | |
| INSURANCE COMPANY, | § | |
|     DEFENDANT. | § | |
| | § | |

## **CERTIFICATE OF INTERESTED PARTIES**

COMES NOW, Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual"), a Write-Your-Own ("WYO") Program carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended,[1] appearing in its "fiduciary"[2] capacity as the "fiscal agent of the United States",[3] at the expense of the United States Treasury,[4] which files this Certificate of Interested Parties, listing the following persons, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other entities that may be financially interested in the outcome of this litigation.

    1.    Liberty Mutual Fire Insurance Company
            c/o Douglas D. D'Arche
            Baker & Hostetler, LLP
            811 Main Street, Suite 1100
            Houston, TX 77002-6111
            Attorney for Defendant,
            Liberty Mutual Fire Insurance Company

---

[1] *See* 42 U.S.C. § 4001, *et seq. Gowland v. Aetna Cas. & Surety Co.*, 143 F.3d 951, 953 (5th Cir. 1998).
[2] 44 C.F.R. § 62.23(f).
[3] 42 U.S.C. § 4071(a)(1); *Gowland*, 143 F.3d at 953.
[4] *Grissom v. Liberty Mut. Fire Ins. Co.*, 678 F.3d. 397, 399-400, 402 (5th Cir. 2012).

2. Liberty Mutual Fire Insurance Company
c/o Bradley K. Jones
Baker & Hostetler, LLP
811 Main Street, Suite 1100
Houston, TX 77002-6111
Attorney for Defendant,
Liberty Mutual Fire Insurance Company

3. Felita Wiggins
c/o Cate Biggs
Long and Long, Attorneys at Law
2000 Edwards Street, Building A
Houston, TX 77007
Attorney for Plaintiff, Felita Wiggins

4. Felita Wiggins
c/o Addie Butler
Long and Long, Attorneys at Law
2000 Edwards Street, Building A
Houston, TX 77007
Attorney for Plaintiff, Felita Wiggins

Dated: October 12, 2018                  Respectfully submitted,

**BAKER HOSTETLER, LLP**

By: */s/ Bradley K. Jones*
Douglas D. D'Arche
State Bar No. 00793582
Bradley K. Jones
State Bar No. 24060041
811 Main St., Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
E-mail: ddarche@bakerlaw.com
bkjones@bakerlaw.com

**COUNSEL FOR DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the foregoing was served upon all counsel of record via CM/ECF System this 12th day of October, 2018.

  Cate Biggs
  Addie Butler
  Long and Long, Attorneys at Law
  2000 Edwards Street, Building A
  Houston, TX 77007
  Attorneys for Plaintiff

            */s/ Bradley K. Jones*
            Bradley K. Jones